UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────

NEW YORK STATE TEAMSTERS COUNCIL HEALTH
AND HOSPITAL FUND, by its Trustees, John Bulgaro,
Gary Staring, Ronald G. Lucas, Daniel W. Schmidt,
Michael S. Scalzo, Sr. and Fredrick J. Carter,

STIPULATION AND
ORDER OF
DISCONTINUANCE

                     Plaintiffs,

5:09-CV-00160 (NAM)(DEP)

-vs-

GEORGE C. MILLER BRICK CO., INC.,

                     Defendant.
─────────────────────────────────────────

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that none of the parties is an infant or an incompetent and that the above-captioned action be and the same is hereby dismissed with prejudice.

**PARAVATI, KARL, GREEN & DEBELLA**

/s/ Vincent M. DeBella
Vincent M. DeBella, Esq. (101465)
Attorneys for Plaintiffs
12 Steuben Park
Utica, New York 13501
(315) 735-6481
vdebella@pkgdlaw.com

DATED: May ___, 2009

**GATES & ADAMS, P.C.**

/s/ Anthony J. Adams
Anthony J. Adams, Esq. ( 501163 )
Attorneys for Defendant
28 East Main Street, Suite 600
Rochester, New York 14616
(585) 232-6900 (ext. 204)
ajadams@gatesandadams.com

IT IS SO ORDERED:

/s/ David E. Peebles
David E. Peebles
U.S. Magistrate Judge
Dated: June 30, 2009
Syracuse, NY